AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**DASNIEL BARRERA**<br><br>*Defendant(s)* | )<br>)<br>) Case No. 11-6301-BSS<br>)<br>)<br>) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 10, 2011__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | On or about June 10, 2011, the defendant did, by force, violence, and intimidation, take from the person and presence of another any property, money, and other thing of value belonging to, and in the care, custody, control, management, and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

George Nau, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 17, 2011

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Honorable Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your Affiant, George Nau, being duly sworn, deposes and states:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"). I am currently assigned to the South Florida Violent Crime/Fugitive Task Force of the Miami Division of the FBI. I am responsible for conducting investigations of federal crimes, including violent crimes. I have more than thirteen (13) years' experience in the investigation of federal criminal violations.

2. This affidavit is submitted in support of a criminal complaint for the arrest of DASNIEL DAVID BARRERA, who, on or about June 10, 2011, did knowingly, by means of force, violence, or intimidation, take from the person and presence of an employee of Bank Atlantic approximately twenty-nine hundred and eighty dollars ($2,980.00) in United States currency belonging to, and in the care, custody, control, and possession of, Bank Atlantic, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Sections 2113(a).

3. The information contained in this affidavit is based on part on information developed by other special agents of the FBI, as well as other law enforcement personnel and civilian witnesses. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause for the arrest of BARRERA, it does not contain all of the information known to me or others regarding this investigation.

4. On June 10, 2011, at approximately 1:58 p.m., an individual, later identified as BARRERA, entered the Bank of America located at 13490 West Dixie Highway, North Miami, Florida. BARRERA was wearing sunglasses. BARRERA

approached a victim teller and presented a note that included the word "hold-up" or "robbery." He also orally told the victim teller that this was a bank robbery. He orally demanded currency in denominations of 100's, 50's, and 20's and instructed her not to include bait money in the currency she gave him. When the teller did not comply quickly with his demands, BARRERA retrieved the note he had presented to the victim teller and fled on foot from the bank.

5. Later on June 10, 2011, at approximately 3:48 p.m., an individual, later identified as BARRERA, entered the Bank Atlantic located at 1750 East Sunrise Boulevard, Fort Lauderdale, Florida. BARRERA was wearing the same clothing and sunglasses he had been wearing when he attempted to rob the Bank of America earlier that day. BARRERA approached a victim teller and presented a note that said, "this is a robbery." He also orally demanded currency in denominations of 100's, 50's, and 20's. The victim teller gave BARRERA approximately $2,980 in United States currency. BARRERA then fled on foot from the bank.

6. On June 15, 2011, at approximately 3:12 p.m., an individual, later identified as BARRERA, again entered the Bank Atlantic located at 1750 East Sunrise Boulevard, Fort Lauderdale, Florida. Again, BARRERA was wearing sunglasses. A bank security guard told BARRERA that he would have to remove the sunglasses. BARRERA complied with the directive and removed his sunglasses. He then meandered around the check-writing stand located near the teller line and then left the bank on foot.

7. Later on June 15, 2011, at approximately 3:42 p.m., an individual, later identified as BARRERA, entered the Bank of America located at 3600 North Federal Highway, Fort Lauderdale, Florida. Again, BARRERA was wearing sunglasses.

BARRERA approached a victim teller and presented a note that said, "this is a robbery." He also orally told her that he was committing a robbery. He then demanded currency in denominations of 100's and 50's. When the victim teller informed him that she did not have currency in those denominations, he exited the bank on foot.

8. On June 16, 2011, law enforcement received an anonymous tip from an individual who had seen television coverage of the above-described robbery and attempted robberies. This individual identified the person who had committed the robberies as BARRERA.

9. When shown photo lineups, five witnesses positively identified BARRERA: (i) the victim teller from the June 10 attempted robbery at the Bank of America in North Miami, Florida; (ii) a branch manager at the Bank Atlantic in Fort Lauderdale, Florida, who was present during BARRERA's robbery on June 10 and during BARRERA's entry on June 15; (iii) another manager at the Bank Atlantic in Fort Lauderdale, Florida, who was present during BARRERA's entry on June 15; (iv) the security guard who instructed BARRERA to remove his sunglasses at the Bank Atlantic in Fort Lauderdale, Florida, on June 15; and (v) the victim teller from the June 15 attempted robbery at the Bank of America in Fort Lauderdale, Florida.

10. BARRERA was arrested on June 16, 2011. After signing a written waiver of his *Miranda* rights, BARRERA was shown surveillance photographs depicting the robbery at the Bank Atlantic on June 10, 2011. BARRERA admitted that the individual depicted in the photographs looks like him.

11. During a consent search of BARRERA's residence, law enforcement recovered a shirt that is consistent with the one that BARRERA wore on June 10, 2011.

12. At the time of the robbery on June 10, 2011, Bank Atlantic was insured by the FDIC.

13. Based upon the foregoing, your affiant submits that there is probable cause to believe that BARRERA , on or about June 10, 2011, did knowingly, by means of force, violence, or intimidation, take from the person and presence of an employee of Bank Atlantic approximately two thousand nine hundred and eighty dollars ($2980.00) in United States currency belonging to, and in the care, custody, control, and possession of, Bank Atlantic, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Sections 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
George Nau, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this ___ day of June 2011.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-6301-BSS

UNITED STATES OF AMERICA

vs.

DASNIEL BARRERA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ____ Yes   _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ____ Yes   _X_ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By:   /s/ Jason Linder
       Jason Linder
       Assistant United States Attorney
       District Court No. A5501149
       United States Attorney's Office
       500 E. Broward Boulevard
       Fort Lauderdale, Florida 33394
       Telephone Number (954) 660-5789
       Fax Number (954) 356-7336
       jason.linder@usdoj.gov